court can compel testimony from a casino manager in Illinois regarding use of the products.

For these reasons, we conclude that WMS has established the right to mandamus in directing the district court to transfer. The district court should revisit and clarify its severance rulings concerning WMS and the casino defendants, keeping in mind that WMS has a clear right to transfer, and that severance is particularly appropriate in peripheral claim cases to facilitate transfer.

Accordingly,

IT IS ORDERED THAT:

The petition for a writ of mandamus is granted, the portion of the order denying transfer is vacated, and the district court is directed to conduct further proceedings consistent with this order.

Richard Paul Schroeder, Esq., Trial Attorney, Department of Justice, Washington, DC, for Respondent.

Before PROST, O'MALLEY, and TARANTO, Circuit Judges.

## ORDER

## ON MOTION

PER CURIAM.

Upon consideration of Henry W. Mayfield's motion for reconsideration of this court's March 27, 2014 order transferring his case to the United States District Court for the Northern District of Texas,

IT IS ORDERED THAT:

The motion is denied.

**Henry W. MAYFIELD, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2013–3154.

United States Court of Appeals, Federal Circuit.

April 25, 2014.

Henry W. Mayfield, Desoto, TX, pro se.

**CARDPOOL, INC., Plaintiff–Appellant,**

v.

**PLASTIC JUNGLE, INC., Defendant–Appellee.**

No. 2013–1227.

United States Court of Appeals, Federal Circuit.

April 29, 2014.